parent of a child by birth or adoption. You must submit documentation in support of your request.

You may request an extension of this leave for up to three years. The total leave may not exceed four years. You may use the maximum four year child care leave of absence only once. If you take any other childcare leaves, you will be limited to a three year maximum leave.

Except to the extent you are entitled to use accrued leave balances, your child care leave will be unpaid. If you are pregnant, you may use any accrued sick leave balances upon the submission of satisfactory medical documentation of disability. If you have accrued annual leave time and/or compensatory time, you will remain on the payroll until you have exhausted your balances.

After you have exhausted your leave balances, you may be entitled to a continuation of your health insurance coverage for a maximum of three months. For health insurance purposes, you must add the baby to your health insurance within thirty days of the birth or adoption.

You must notify Human Resources of the date when you plan to return to work a reasonable period of time before your return date.

## 5.10 Family and Medical Leave

If you have worked for the city for at least 12 months, and have worked 1,250 hours in the last 12 months, you are entitled to a total of 12 weeks Family and Medical Leave (FMLA) per year if you are eligible. You may use the leave to cover childcare within the first 12 months of birth or adoption; care of a seriously ill spouse, parent, domestic partner or child; or leave for your own serious health condition. You must submit appropriate documentation in support of your request.

You must make the request 30 days prior to the date you wish to begin your leave or, in the case of an emergency situation, as soon as is practical. Your request should be made to your supervisor and Human Resources. Failure to give timely notice may be grounds for denying the leave.

You are required to exhaust the appropriate paid leave before taking unpaid leave. If the leave is to take care of a sick family member, you are restricted to a maximum of 3 days sick leave usage per year. Please refer to Section 5.6 for details. Both paid leave and unpaid leave will be counted against your annual FMLA leave entitlements. Once you have exhausted your paid leave, the remaining leave will be unpaid.

Upon return, you are entitled to restoration to the same or an equivalent position unless you have been designated a "key" employee. Employees who are designated as "key" employees may be denied restoration following FMLA leave if restoration would cause grievous economic injury to the operations of the office. "Key" employees will be notified that they have been so designated within five business days of a request for FMLA leave.

Your group health insurance coverage will be maintained for the duration of approved FMLA leave; however, you must pay the premiums for any employee cost such as the option

Health plan premiums paid by the city during the period of unpaid leave may be [lost] if you fail to return to work.

### Amendment to the FMLA:

On Jan. 28, 2008, President Bush signed into law H.R. 4986, the National Defense [Authoriz]ation Act (NDAA). This act expands leave rights under the Family Medical Leave Act [of 1993] (FMLA) for military families by providing up to 26 weeks of leave for employees to [care for] family members in the Armed Forces and up to 12 weeks of leave for a "qualifying [exigency"] arising out of an employee's spouse, child or parent being on active duty or being [called to] active duty.

### Categories of FMLA Leave:

First, the amendment permits a "spouse, son, daughter, parent, or next of kin" to take up [to 26 w]eeks of leave, in a 12-month period to care for a "member of the Armed Forces, including [a mem]ber of the National Guard or Reserves, who is undergoing medical treatment, [recup]eration, or therapy, is otherwise in outpatient status, or is otherwise on the temporary [disabi]lity retired list, for a serious injury or illness." The law increases the amount of leave [eligib]le employees would have otherwise been entitled to from 12 weeks to 26 weeks. This [provi]sion became effective Jan. 28, 2008.

Second, the amendment permits an employee to take FMLA leave for "any qualifying [exig]ency (as the Secretary of Labor shall, by regulation, determine) arising out of the fact that [the] spouse, or a son, daughter, or parent of the employee is on active duty (or has been notified [of an] impending call or order to active duty) in the Armed Forces in support of a contingency [op]eration." This aspect of the legislation does not take effect until the Department of Labor [(D]OL) issues regulations defining "qualifying exigency." For the most updated information, [pl]ease contact Human Resources.

## 5.11 Bereavement Leave

You are permitted up to four work days without charge to leave credits in the case of death in your immediate family. Immediate family is defined for this purpose as: spouse; registered domestic partner; parent including, foster or stepparent; child; brother or sister; father-in-law or mother-in-law; grandchild or any relative or relative-in-law residing in the household. The leave must be taken immediately following the death on consecutive days. You will be asked for documentation.

## 5.12 Civil Service Examination Leave

You may request leave to take a city civil service examination or be interviewed by the [N]YC Department of Citywide Administrative Services for purposes of investigation or [app]ointment from an eligible list. You are required to show your supervisor the notice to report [f]or such an examination prior to the date of the examination or interview. You must also submit documentation showing your attendance at the examination or interview.

29

If you wish to review your examination paper, you must use your annual leave.

### 5.13  Jury Duty Leave

You will be paid by the office during jury duty without charge to your leave balances. Upon receipt of a notice to appear, you must notify your supervisor and forward the notice to Timekeeping.

If you are summoned for jury duty in New York County, you should notify the jury clerk or the judge at the earliest opportunity that you are an employee of the New York County District Attorney's Office to avoid being selected for a panel that will be prosecuted by this office.

If you are required to appear in person to seek a deferment of jury duty, you are required to submit proof of attendance and return to work on the day postponement is granted. You should notify your supervisor prior to the date you must appear.

On completion of jury duty, you must secure a certificate of service from the Clerk of the Court. This certificate should be submitted to Timekeeping. You are not required to report for work on any calendar day for which you are certified for jury service regardless of the hours served. However, if you are unable to report for jury duty because of illness or personal business while serving, the time will be charged to appropriate leave balances.

Employees do not receive a jury duty stipend for service in New York State courts, but you do receive a stipend for jury duty from federal courts and non-New York State courts. You shall be granted leave for jury duty in federal courts or non-New York State courts provided y' remit to the office an amount equal to the amount you receive for such jury duty less any amount received as reimbursement for travel expenses.

### 5.14  Court Witness Leave

You will be granted leave with pay for court attendance under subpoena or court order when neither you nor anyone related to you has a personal interest in the case, and where your attendance at court is not related to any other employment. In addition, you will be granted leave with pay if you are a complaining witness on behalf of the government on a criminal case.

If you are absent from work because you are subpoenaed as a witness in a court action in which you or a relative has a personal interest, you must use your annual leave.

In all instances, you must obtain a certificate of attendance from the Clerk of the Court. This certificate should be submitted to the Timekeeping. You must notify your supervisor as soon as you learn that you must attend court.

### Arbitration Leave

You will be granted leave with pay for such time as is necessary to testify as a grievant at hearings. You must notify your supervisor as soon as you learn that you must attend a hearing. You must provide Timekeeping with documentation of your status as a grievant and attendance at the hearings.

### Workers' Compensation Disability Leave

If you sustain an injury or disability in the course of performing your job, you are entitled to Workers' Compensation benefits which vary according to the nature and duration of your injury. You are entitled to immediate medical and hospital care and other expenses as may be approved by the Workers' Compensation Division of the Law Department.

If you are injured on the job, you must notify your supervsor and complete all necessary Workers' Compensation forms. These forms must be submitted to Payroll Services within 24 hours of your injury.

For further information about Workers' Compensation policies and procedures, contact Payroll Services.

### 5.17 Military Leave

You are entitled to leave for military or reserve duty in connection with active duty as a military member of the National Guard, Militia, or of a reserve component of the US Armed Forces. You are entitled to be paid your salary while engaged in the performance of "ordered military duty" and while going to and returning from such duty, not to exceed a total of 30 normally scheduled work days in any one calendar year or one continuous period of absence.

During certain periods of defined hostility or national emergency, the city may modify your military leave entitlement by granting an additional period with pay or extending your health insurance benefits while you are on ordered military duty or both. The office would advise you of any additional benefits when you submit your military orders.

Anyone wishing additional information relating to military service should speak to Human Resources.

### 5.18 Leave for Job-Related Training Purposes

With the written approval of your supervisor and the authorization of the Director of Human Resources, you may take leave without charge to balances to attend a job training program. The course must be directly related to your work function and the objectives of the office.

You must use annual leave or compensatory time credits to conduct or attend a civil service examination preparatory course or other individual improvement programs.

31

## Section VI: Severance Policies

### 6.1 Notice of Resignation

You must give two weeks notice of your intent to resign your position with the office. You should notify your supervisor in writing. Either you or your supervisor must advise Human Resources of all resignations promptly.

### 6.2 Accrued Annual Leave and Compensatory Time

You accrue annual leave at a rate commensurate with the length of your city service. You are encouraged to use annual leave during the year that it is accrued. In the event that there is a balance of accrued annual leave and compensatory time credits upon resignation, you will receive payments for those unused leave balances subject to limits imposed by the City of New York.

### 6.3 Accrued Sick Leave

You accrue 12 days of sick leave a year if you were hired before July 1, 2004, and 10 days a year if you were hired after July 1, 2004. If you have completed at least ten years of service and you were hired before July 1, 2004, you will be paid for accrued sick leave on a basis of one day of pay for every two days of accumulated sick leave up to a maximum of 120 days paid. For example, if you have 240 days of accumulated sick leave, you will be paid for 120 days.

If you were hired after July 1, 2004, and have completed at least 10 years of service, you will be paid for accrued sick leave on a basis of one day of pay for every three days of accumulated sick leave up to a maximum of 60 days paid. For example, if you have 60 days of accumulated sick leave, you will be paid for 20 days.

If you have less than ten years of service, you are not entitled to any payment for unused sick leave.

### 6.4 Office Identification Card

Upon resignation, you will be required to return your office identification card to Human Resources.

### 6.5 Relinquishment of Documents and Other Office Property

The office owns all documents created by you in connection with your work as a DANY employee. As is discussed in Sections 8.2 and 8.3, the office owns any documents residing on the hard drive of your computer or on the network. You are required to relinquish all files and documents when you leave the office. No documents, case material or files, or any other office property may be removed from the office without proper authorization from the Executive Assistant District Attorney.

# Section VII: Benefits

## 7.1 Introduction

You are offered a variety of benefits such as health insurance, life insurance, flexible spending accounts, a tax deferred retirement savings plan, pension, and other programs. Some benefits are fully paid for by the City of New York while others require a contribution on your part.

This section provides brief descriptions of the benefits available to you. In-depth descriptions and enrollment forms are available in Human Resources. In addition, benefit information and forms are available online at www.nyc.gov. You are strongly encouraged to consult the resources available online. You should direct any questions concerning your benefits either to Human Resources or to the plan you are interested in. Telephone numbers and online addresses are listed at the end of this section.

The benefit descriptions contained herein are for informational purposes only and are subject to change. The benefits are subject to the terms, conditions, and limitations of the applicable contracts and laws. In the event of any conflict between the information presented in this section and the City of New York's master contracts or summary plan descriptions, the applicable contracts and laws govern. The City of New York maintains the right to amend or terminate plans as is deemed necessary.

## 7.2 Health Insurance

You have a wide variety of health benefit options available to you, your spouse or registered domestic partner, and unmarried dependent children. Your Summary Program Description booklet provides brief plan descriptions and a comparison of benefits of available plans.

In choosing a health plan, consider the services offered by each plan, the choice of doctors, service access, and costs to you. Some plans provide preventive services; other plans do not. Some plans provide partial reimbursement when non-participating doctors are used; other plans do not pay for services unless you use participating providers. Some plans are limited in terms of the geographic locations that they cover. All plans offer additional benefits such as prescription drug coverage through optional riders which may be purchased through payroll deductions.

To enroll in a health plan, you must complete a health insurance authorization form or waive your health benefits if covered by another non-city health plan. You may only change health plans, add or drop dependents, and add or drop the optional rider during the annual transfer period, unless you experience a qualifying event such as adding a dependent due to birth or adoption of a child.

If you are appointed from a civil service list or are noncompetitive in a position which has an education or experience requirement, coverage begins on your first day of employment, provided that you submitted your application within 31 days of that date.

For provisional or those non-competitive employees for whom there is no education or experience requirement, coverage begins on the first day of the pay period following completion of 90 days continuous employment.

- There are four basic types of health plans offered by the City of New York: **Health Maintenance Organizations (HMOs), Exclusive Provider Organization (EPO), Poin Service (POS), and Participating Provider Organizations (PPOs)/Indemnity Plans.**

- **Health Maintenance Organization (HMO)**

  In an HMO, you choose a Primary Care Physician (PCP) from within the HMO network who manages your medical care and provides referrals when needed. You receive health care at little or no out-of-pocket cost provided that you use the HMO's doctors and facilities. You will not have to complete claim forms or meet deductibles since services are provided by the HMO. In most HMOs, you are responsible for any medical bills incurred if a non-HMO physician is used.

- **Exclusive Provider Organization (EPO)**

  In an EPO, you choose any provider in the EPO network, which contains family and general practitioners as well as specialists in all areas of medicine. There is no need to choose a primary care physician, and no referrals are necessary to see a specialist. There are no claim forms to file, and you will never have to pay more than the co-payment for covered services.

- **Point of Service (POS) Plan**

  You choose either a network provider (POS) or out-of-network health care provider for your medical and hospital care. If you use a network provider, most of your benefits are covered in full with nominal out-of-pocket expenses. If you use an out-of-network provider or self-r you pay your medical expenses, submit claim forms and meet an annual deductible be..re receiving partial reimbursement for covered services from the plan.

- **Participating Provider Organization (PPO)/Indemnity Plan**

  In a Participating Provider Organization (PPO)/Indemnity Plan, you choose either a participating provider from within the plan or a non-participating provider for medical care. Yo... pay a small co-payment for services and are not subject to deductibles by using a participating provider who accepts a fixed payment from the plan. If you use a non-participating provider you pay your medical expenses, submit claim forms and meet an annual deductible befor. receiving partial reimbursement for covered services based on a schedule of allowances.

## 7.3   Medical Spending Premium Conversion Program (MSC)

Payments for basic health insurance and optional riders are deducted from your paycheck a pre-tax basis resulting in a tax savings for you. The amount of the resulting increased take ho... pay will depend on the coverage options you choose and your individual tax situation. If for a... reason you wish to have health benefits deductions made on a post-tax basis, you must elect t... option during the first 31 days of employment or during the annual open enrollment period.

## Health Benefits Buy-Out Program

You may waive your health benefits in return for a cash incentive payment if you are [covered] under a spouse or domestic partner's health plan through another employer. You receive [$500] annually if waiving individual coverage or $1,000 if waiving family coverage. These [payments] are made semi-annually in June and December and are taxable.

For enrollment of less than 6 months, the incentive payment is pro-rated by the number of [months] of enrollment in the Buy-Out Waiver Program.

To enroll in this program, you must complete an enrollment form within 31 days of your [hire] or during the annual open enrollment period. Changes during the plan year are possible only if [you] experience a "qualifying event" such as a change in your spouse's or domestic partner's [employment] status which results in a change in insurance coverage.

For further information and forms, look online at www.nyc.gov/olr.

## 7.5 Union Welfare Fund

You are eligible to enroll in your union's welfare fund which entitles you and your family to [added] financial protection through its benefit programs. Generally, welfare funds provide you with [additional] health insurance coverage (prescription drug coverage), dental and vision coverage, short [term] disability benefits, basic life insurance, educational reimbursement and legal services.

To enroll in the fund, you must complete an enrollment form directly with your union.

## 7.6 Flexible Spending Accounts: Dependent Care and Health Care

Flexible Spending Accounts are available for two types of expenses—dependent and health [care]. By enrolling in the Dependent Care Assistance Program (DeCAP) or the Health Care Flexible Spending Account (HCFSA), you not only plan for anticipated dependent and health care expenses, but also reduce your gross salary for federal and social security tax purposes.

Your contribution is pro-rated over the course of the year and is automatically deducted from your paycheck. You submit claims for your out-of-pocket medical and dependent care expenses. You will then receive payments from your flexible spending account reimbursing you for these expenses. This payment is not taxable. If you do not use the entire amount you allocate to your account within the year, you forfeit the unused balance.

➢ You may enroll in these programs within 31 days of your hire or qualifying event such as the birth or adoption of a child. If you do not enroll then, you must wait until the annual open enrollment period. Enrollment is not automatic from year-to-year. You must re-enroll each year during the annual open enrollment period.

35

> **Dependent Care Assistance Program (DeCAP)**

DeCAP helps you pay for child care or dependent care expenses while both you and y[o] spouse, if married, work or attend school full-time. You may use these funds to reimburse o of-pocket expenses related to babysitting, pre-school, summer camp, kindergarten, ⸺ ot types of dependent care. You may contribute between $500 and $5,000 ($2,500 if ma⸺d ⸺ filing separately) annually.

> **Health Care Flexible Spending Account (HCFSA)**

HCFSA helps you pay for health-related expenses including medical, dental, and vis expenses not reimbursed by your health insurance. You may use these funds to n deductibles, co-insurance payments, and any other out-of-pocket health expenses. You ı contribute between $260 and $5,000 annually.

For further information and forms, look online at www.nyc.gov/olr.

## 7.7  Deferred Compensation Program

You can save for the future by joining the City's Deferred Compensation Plan, a retire savings plan. You can choose to join the 457, the 401 (k), or both. You can contribute up to of your annual salary and up to an annual maximum for the calendar year. Employees age 50 and older are able to defer additional contributions. For example, if you did not contribut maximum amount in prior years, there are options available to "catch up" if you are 50 or ol are within 3 years of retirement. You may choose to contribute to both the 457 Plan and the 4( Plan for a combined deferral amount. Contributions are made through payroll deduction

In the Pre-Tax 457 and 401 (k) Plans, your taxes will be reduced as a result of contributions. Your contributions plus any earnings accumulated are tax-free until you wit your funds. In the 401 (k) Plan, you may choose to make before-tax contributions or Roth ( tax) contributions. Roth 401(k) contributions and earnings are tax-free upon withdrawal, pr certain conditions are met.

The Deferred Compensation Plan's investment fund line up includes pre-arranged por comprised of the Plan's core investment options. You may choose a pre-arranged portf create your own. You may not withdraw funds while you are an active employee with th unless you experience an unforeseen emergency or hardship as defined by IRS regulations active employee who is a participant in either the 457 or 401 (k) plan is eligible to apply for if the plan from which the loan is taken has an account balance of $5,000 or more at ı application. 401(k) Roth accounts are not available for loans.

You can substitute deferred compensation contributions for Social Security tax as ı you contribute at least 7.5% of your annual salary to the plan and you are not a member pension system. If you wish to contribute only the minimum amount required to avoid FIC must indicate that at the time of enrollment when selecting your annual goal amount. You n contribute to both the deferred compensation program and Social Security unless you contrib than 7.5% to the plan or are a member of the pension system. Employees should be aware ı

FICA tax could result in a reduction of Social Security benefits. For more information about Social Security benefits visit the Social Security Web site.

Enrolling in the plan is a two-step process. First, you must request enrollment materials and a personal identification number (please review the information carefully to see which plan makes sense for you). Then you may enroll either online, by telephone, or by form. Payroll deductions will begin within 31 days of enrolling in the Plan. A confirmation of enrollment will be sent to you.

For other information and forms, look online at www.nyc.gov/olr or contact Human Resources.

## Pension

- Introduction:

    The following information is an introduction to important features of the pension plans available to employees. For more complete information and before making a decision regarding your pension, it is strongly recommended that you consult the Summary Program Description for your tier online at www.nyc.gov/html/nycers and consult with the New York City Employees Retirement System (NYCERS). In addition, Human Resources personnel are always available to assist you.

- Becoming a member:

    You may choose to become a New York City Employee Retirement System (NYCERS) pension member at any time during your employment. The pension is a defined benefit plan which consists of employee and employer contributions. Joining the pension is irrevocable.

- Social Security (FICA) Required for pension members:

    In addition to deductions for the pension itself, all pension members are required to pay Social Security (FICA) deductions in the amount of 6.2% of their gross salary up to the maximum set by Federal Law. All employees pay 1.45% in Medicare deductions on all earnings.

- Labor Class appointments and Competitive Class appointments from a civil service list are required to join the pension:

    If you are appointed from a civil service list in a competitive class position or are appointed to a labor class position, you are required to join the pension within six months. Community Assistant, Community Associate and Community Coordinator are classified as Non-Competitive and are not required to join the pension. If you have a question regarding your status please call Human Resources.

- Basic Tier 4 Information for those appointed after July 26, 1976:

Employees hired after July 26, 1976 are Tier 4 members. Employees hired in an eligibl position on or after July 28, 1995 who join the pension are required to be part of the 57/5 pla which allows retirement at age 57 with a minimum of 5 years of service.

Tier 4 requires Basic Contributions in the amount of 3% of wages and Additional Membe Contributions (AMCs) 1.85% of wages for 10 years after joining. Additional Member Contributior of 1.85% continue to be required for an additional 20 years or up to a total of 30 years. Therefor deductions for new employees who become pension members are 13.95% of gross: 7.65% (soci security and medicare) + 4.85% (pension basic and AMC) = 13.95%

- Pension Tiers for those appointed prior to July 27, 1976:

In general, to be a member of Tier 1 you must have joined on or prior to June 30, 1973. Ti 2 members must have joined between July 1, 1973 and on or before July 26, 1976. Tier 4 (with Ti 3 rights if beneficial) is for those hired on or after July 27, 1976. All employees hired in Detecti Investigator titles in the offices of the District Attorneys are eligible for Tier 2.

- Buying Back:

You may be eligible to buy back prior City and New York State service rendered bef becoming a pension member if the service would have been creditable in any public retirem system in New York State. Under certain circumstances you may be eligible to buy back milit service. Funds from your City 457 deferred compensation plan, but not your 401k plan, may used to buy back service. Additional years of service will increase your retirement benefit.

- Service Retirement:

Each tier has specific rules and formulas which take into account age, years and type service for calculating the service retirement benefit. At retirement you may choose a maxim benefit (which ceases at your death) or may alternatively chose among various other reduced be options to provide for a beneficiary.

- Vested and Deferred Retirement:

Vesting is the right to receive future benefits, even if you terminate employment before are eligible for payment of a Service Retirement Benefit. For example, the Tier 4 57/5 Plan req five years of credited service, two of which are membership service and allows you to co pension at age 57. You must file an application to receive a benefit when you become elig age 57.

Certain members of Tier 1 and 2 may be eligible for a Deferred Retirement benef completing 20 years of service. This option allows for a service retirement benefit on the d employee reaches normal retirement age and would have completed 25 years of service.

- Disability Retirement:

If you become disabled after 10 years of credited service and the NYCERS Med determines that you are unable to perform your job duties, you may be eligible for a

...ment benefit. There is no 10 year requirement if you are injured in the performance of your [duty] and are certified as eligible by NYCERS.

- Transfers:

    Under certain circumstances you may be eligible to transfer between NYCERS and other retirement systems (such as the Teachers Retirement System) or another New York State [Retirement] System.

- Health Insurance for Retirees:

    Employees with a City start date before December 27, 2001 and a minimum of five years of pension membership service receive health benefits at retirement. Those employees with a City [start] date on or after December 27, 2001 must have ten years of pension membership to receive health benefits at retirement.

- Pension Loans:

    Tier 4 members in pay status with at least one year of Membership Service may be issued one loan for a minimum amount of $1,000 in each twelve month period. Total outstanding loans may not be more than 75% of the Member Contribution Accumulation Fund and each loan carries a service fee of $15. Repayment is through payroll deductions and includes interest. Go to the website (www.nyc.gov/html/nycers) for the current interest rate. Members in all tiers considering a loan will find additional information on the NYCERS website and in Human Resources.

- Refunds:

    A Tier 4 member in the 57/5 plan who separates from City service with less than 10 years of Credited Service may request a refund of their basic contributions with interest (3% of wages) and one half of their AMCs with interest. These refunds will terminate your membership in the system.

- Survivor's Benefits:

    Your designated beneficiary is entitled to a NYCERS benefit if you die before retirement either on or off the job. If you die after retirement, your survivor is entitled to continuation of health benefits under COBRA regulations. COBRA premiums are paid by the Management Welfare Fund for covered titles and by some union welfare funds.

    For further information and forms, look online at www.nyc.gov/nycers.

## 7.9 Long-Term Care Insurance

Long-term care insurance helps pay for the kind of daily assistance you would need if you were unable to care for yourself as a result of chronic illness, disability, or severe physical or cognitive impairment. This insurance helps to defray the cost of nursing home care, home health or adult care, hospice or respite care. If you enroll after 30 days of your appointment, you are required to submit evidence of insurability. Your spouse, parents, parents-in-law, grandparents,

39

grandparents-in-law are also eligible to enroll, even if you do not join. Premiums are based up[on] the age at which you join and do not increase as you get older.

For further information and forms, look online at www.nyc.gov/olr.

### 7.10 Municipal Credit Union

The Municipal Credit Union (MCU) offers various financial services to its memb[ers] including savings and/or checking accounts, 24-hour electronic banking services, loans, mortgag[es,] money market and vacation club accounts, cash cards, and VISA cards.

For further information, go to www.nymcu.org.

### 7.11 U.S. Savings Bonds

Employees have the opportunity to purchase United States Savings Bonds and pay for th[em] through payroll deductions.

Effective January 1, 2008, annual limitation amounts have been placed on purchases of U[.S.] Savings Bonds.

For further information, go to www.nyc.gov/payroll and click on Managing Your Money.

### 7.12 Transit Benefit Program and the Transportation Spending Account Commuter Savings Card

You have the option of participating in one of two transit programs that allow use of pre-[tax] income to purchase a MetroCard.

> Transit Benefit Program: You will receive a Premium TransitChek MetroCard which ent[itles] you to unlimited rides, 24 hours a day, on subways, local buses and other MetroCard equip[ped] local buses. The cost for the card is $81 a month. You will have $37.39 deducted bi-wee[kly] from your paycheck on a pre-tax basis. There is also a service fee of $.60 each pay period [that] the city will pay the Transit Center on your behalf and will be added to the cost of your w[ages] reported on your W-2. (The dollar amounts are based on the current transit fare and are su[bject] to change if the fare changes.) To enroll, you must complete the Transit Benefit Enroll[ment] Form to start your biweekly, pre-tax payroll deductions.

> Transportation Spending Account: You can select from a number of deduction plans that [will] suit your NYC commuting needs, including riding express buses. To enroll, you m[ust] complete the Transportation Spending Account Form.

For further information, go to www.nyc.gov/payroll and click on Transit Benefit Program.

### College Savings Program

New York's 529 College Savings Program Direct Plan provides New York families with a [tax] advantaged way to save for college, and allows City employees to save for college through easy [payroll] deductions.

You may contribute as little as $15 or much as you want for each investment option for an [amount] per pay period. You may add, change, or stop your payroll deduction at any time.

For further information, go to www.nyc.gov/payroll and click on Tax Breaks.

### 14 Employee Self-Service

Employees can now view, validate and update certain personal and payroll information in the New York City's Automated Personnel System (NYCAPS). Access the Employee Self-Service [system] via our office CityShare intranet browser at http://cityshare.nycnet/portal/site/cityshare.

### 15 Employee Assistance Program

DANY provides an Employee Assistance Program to all employees and their eligible family members. We have retained Corporate Family Network (CFN) to provide an array of services under the program name *More to Life*. This comprehensive Employee Assistance Program offers specialized services and expertise in the areas of emotional well-being, care giving, daily living, and health and wellness. Participants receive consultation, resources, referrals, and support in the areas affecting their work and personal life. All services are voluntary and confidential.

The *More to Life* is available 24 hours a day, 365 days a year for all inquiries, from routine concerns to major crises. An experienced counselor will handle all initial screening and direct your call appropriately. The program seeks to help employees and their household or family members with a wide array of issues. In the area of emotional well being, employees might seek help in coping with marital and family relationships, depression, anxiety, addictions, or any emotional issue affecting your life. Family and care giving services could include locating child care resources, help with the adoption process, elder care issues, college selection and financial aid resources. Daily living services could include legal or financial advice, recreation, leisure or travel advice, and volunteer opportunities. Health and wellness services could include nutrition and diet information, smoking cessation programs, or health screenings.

Depending upon your needs, services may include short term one on one counseling with a CFN licensed counselor. The provision of materials and referrals, as well as certain short term counseling is free of charge to the employee and his or her eligible family member. If a referral to an appropriate health care provider is warranted, CFN will work mindful of your health insurance coverage.

If your supervisor recognizes problems in your job performance, he or she may recommend that you avail yourself of EAP services. In management referral situations only, and with your full knowledge and written agreement, your supervisor will be informed of your attendance and level of

cooperation with EAP. DANY may use that information, along with all other relevant considerations, to evaluate a future course of action. Your EAP involvement does not exempt you from being subject to disciplinary action including termination, if warranted.

For a full description of CFN's *More to Life* services, you may access Corporate Family Network's website at www.moretolifeonline.com. The user name is dany and the password is guest. You may also telephone CFN at 1-888-777-0052.

## 7.16 Directory

| | |
|---|---|
| DANY Human Resources | Ext. 9843 |
| Deferred Compensation Program | (212) 306-7760 |
| Dependent Care Assistance Program (DeCAP) | (212) 306-7760 |
| Employee Assistance Program (See CFN's More to Life) | (888) 777-0052 |
| Employee Self-Service (ESS/NYCAPS) | (212) 487-0500 |
| Health Benefits Buy-Out Waiver Program | (212) 306-7760 |
| Health Care Flexible Spending Account (HCFSA) | (212) 306-7779 |
| Health Insurance Carriers | See Summary Program Description |
| Long-Term Care Insurance | (212) 306-7309 |
| Management Benefits Fund | (212) 306-7290 |
| Medical Spending Premium Conversion | (212) 306-7760 |

Municipal Credit Union

| | |
|---|---|
| New York City & Long Island | (212) 693-4900 |
| Upstate New York | (800) 323-6713 |
| Outside New York State | (800) 843-1867 |
| New York City Employees' Retirement System | (347) 643-3000 |
| Online Information | www.nyc.gov/nycers<br>www.nyc.gov/olr<br>www.nyc.gov/payroll |

4