# Section VIII:   Guidelines and Policies for Use of DANY Computers and Computer Systems

## 8.1   Policy Statement

Personal Computers (PCs) and access to the network are resources that the New York County District Attorney's Office (DANY) provides on a discretionary basis to its employees. DANY maintains ownership of the office-wide network, all office PCs and hard drives, and all of the computer programs and systems residing on those PCs.

You are obligated to use office computer resources in a manner consistent with office guidelines and policies. Those guidelines and policies are designed to 1) reserve the use of these resources for appropriate, business-related purposes; 2) promote a high level of security for our computer data and systems; and 3) ensure that the PCs and computer systems are not damaged by unsafe practices.

As a DANY computer user, you are responsible for safeguarding your PC, the data and the various systems that reside thereon. Information Technology (IT) is charged with implementing procedures and standards to enforce proper and secure use of office PCs. Once a PC is assigned to you and you receive access to the network, you are committing to those standards and guidelines, including availing yourself of all of the security measures required by IT. You are prohibited from circumventing the various security and access controls.

The following policies and guidelines are not meant to be all-inclusive. Therefore, because an activity is not explicitly prohibited does not mean that it is allowed. Rapidly advancing technology does not permit any policy to keep pace with all new developments. You are expected, therefore, to seek guidance from IT if you are unclear about whether a particular PC use is appropriate.

Strict compliance is demanded of you. If you violate these policies and guidelines, you may lose your network privileges and be denied access to an office PC. Depending on the conduct, the office reserves the right to take further disciplinary action, including termination.

## 8.2   Ownership of Computers and Computer Systems

All hardware, software, computer-related supplies and manuals, applications, data, and the documents residing on your hard drive or on the network are the sole property of DANY. You may not remove them from the office without proper authorization.

## 8.3   Right to Privacy

Users should not assume any right to privacy in any material that is created or accessed using the PC and computer systems that are provided to you by DANY. Numerous procedures are available to secure documents in the case of a business-related need for confidentiality. However, those procedures should not be used to avoid or subvert appropriate case review or supervision.

43

### 8.4    Unauthorized Software and Personal Files

You are prohibited from loading any software on any computer system without approval from IT. This prohibition includes commercial, shareware, and freeware software. Use of computer games of any kind is not permitted. Introduction of such software can introduce viruses compromising the local hard-drive and entire network.

You are prohibited from using DANY's PCs to make copies of licensed or copyrighted software.

You are prohibited from saving non-business related files to the network such as music files, personal photographs, and other personal files. We cannot secure, back-up or move any personal files on your hard drive.

### 8.5    Network Security and Passwords

The security of the data residing on the DANY network is our highest priority. To that end, you are required to behave with the security of that data paramount. You must not engage in any behavior that would put at risk the operability of your PC or the network, and you must treat all data on the network as confidential information of the District Attorney's Office to be safeguarded at all times.

You are required to create a password that protects the network and all information residing thereon. Use of that password will be required by you to log onto the DANY network and your designated area on that network. Passwords must be constructed in accordance with a city-wide password policy fashioned by the Department of Information Technology and Telecommunications (DOITT). Passwords must have a minimum of eight characters and consist of at least one alphanumeric character and at least one numeric character. In accordance with DOITT policy, passwords must be changed every 90 days, and you will be prompted to do so at the appropriate time. You are encouraged not to use easily guessed words or names, such as your name, or names of family members. You are also encouraged not to use personally identifiable numbers such as telephone numbers linked to you, social security numbers, or zip codes. You must not share your password with anyone. If you need to share documents with another or access documents created by another, contact IT for guidance. Sharing passwords is the easiest way to compromise network security, and it is expressly forbidden.

### 8.6    Internal E-Mail Policies and Guidelines

E-mail is an office system provided for business use. You are prohibited from using it for any communication which violates federal, state, and city laws prohibiting racial, ethnic, and sex discrimination. You are similarly prohibited from sending any communication which violates other policy or that contains offensive material of any kind. All e-mail communication must conform to standards of appropriate office etiquette and decorum.

The use of e-mail, especially to groups beyond your unit or bureau, to make announcements

...are personal in nature is strictly prohibited.  Examples of inappropriate personal announcements are advertising available tickets to events or seeking a roommate or an apartment.  These types of messages may be posted on the computer bulletin board.  On the other hand, notice of DANY sponsored events that are of interest to entire community is an appropriate use of e-mail.

Great discretion should be used when sending DANY-wide messages.  These messages tax resources and are often viewed as "junk mail."  You should instead target the appropriate audience for your message, and send the message only to those individuals or groups.

The e-mail system and the messages sent on it are the property of DANY.  E-mail is received and stored on the office's network servers and archived.  Accordingly, users should not assume a right to privacy in any messages sent or received.

E-mails to anyone, and certainly e-mails to large groups, which discuss or seek sensitive information in a case or investigation, should be avoided.

You must not copy, transmit, or forward any Internet mass mailings (regardless of subject matter) such as chain letters, daily jokes, and inspirational messages.

You must not send any e-mail or other form of electronic communication under another's e-mail identity without that person's express permission.  You may not attempt to conceal the origin of an electronic message in any way.

If you have any questions regarding the propriety or appropriate distribution of a particular e-mail message, you may contact the Executive Assistant District Attorney for Finance and Administration.

## 8.7    Computer Bulletin Board

If you wish to send messages that do not pertain directly to DANY business, you may use the computer bulletin board located in the public folders section of Outlook.  It is intended as a DANY community bulletin board to facilitate the personal transactions of DANY employees.  You may use this system to post notices concerning such items as tickets for entertainment events, real estate offerings, group social activities, and lost and found notices.

The bulletin board is not intended to promote part-time businesses of employees, their friends, or family members.  You may not use it to post notices relating to any outside business you have.  Such postings violate the conflicts of interest law which prohibits use of city resources for any employment or business beyond your employment with this office.  You may not use it to post commercial advertisements for such businesses of friends, relatives, or acquaintances.

Announcements on any of the public folders must conform with all existing office policies, including, but not limited to, EEO and sexual harassment policies.  Additionally, postings must meet all standards of appropriate office etiquette and decorum.  You are personally responsible for the content of any message posted using your network identification.

45

### 8.8   Network Login/Logout

You should always log off the network when you leave for the day. Whenever you leave your PC unattended you should use the lock feature.

### 8.9   Protecting Your Computer

You must avoid any activity around your workstation that may result in damage to your computer, software, or information.

You should not move a computer within your individual office or to a different office. If you need your PC to be moved, your bureau administrator or you should contact Operations, who will coordinate the move with IT.  Such moves will require technical adjustments which can only be done by IT personnel.

### 8.10   Remote Access Services

The use of modems presents significant security risks and is not allowed under any circumstances on a PC connected to the network.

The capability exists for access to the office network from a privately owned PC. In addition, office laptops are available for remote access to the office network. Users must have executive staff approval to access the network from a remote location.  All rules, policies and expectations outlined in the Handbook apply to off-site access.

### 8.11   External Systems

The DANY network acts as a gateway to numerous city, state and public databases. Use of these systems has been granted to DANY to conduct official business only; use of databases for any non-business use whatsoever is prohibited.   Inquiries made in some of these systems are continuously monitored, and some searches will lead to scrutiny by the hosting agency.

### 8.12   Laptop Computers

The office has a limited number of laptop computers available for business use.    In appropriate cases, you may seek use of those laptops for courtroom or grand jury presentations.  As with PCs in the office, all laptops are to be used for business-related purposes only.

### 8.13   Backing-up Files

Users are encouraged to store documents on the network space provided.  IT creates a nightly backup of all files on the network.  If a user makes a decision to store a document or data on his or

- The creation, downloading, viewing, storage, copying, or transmission of sexually explicit or sexually-oriented materials.

- The creation, download, viewing, storage, copying, or transmission of materials related to illegal gambling, illegal weapons, terrorist activities, and any other illegal or prohibite activities.

- Use for commercial purposes or in support of for-profit activities or other outside employment or business activities. The ban on using office equipment to support a personal private business also applies to employees using office equipment to assist relatives, friends, or other persons in these or other activities.

- The creation, copying, transmission of any mass mailings (regardless of the subject matter), such as chain letters, pyramid schemes, daily jokes, and inspirational messages. Unauthorized material should not be sent to either global groups or individuals. This prohibition includes forwarding virus warnings received from unofficial sources. Such warnings should be forwarded only to the IT Computer Services Center (Ext. 9999) to ascertain their validity.

- The unauthorized acquisition, use, reproduction, transmission, or distribution of computer software and data containing privacy information; copyrighted, trade marked or other material with intellectual property rights (beyond fair use); proprietary data; or export-controlled software or data.

- Loading personal software including games.

- Possessing, installing, or using programs that erase or alter files maliciously (e. , viruses, worms, Trojan horses, and trap-door program codes).

- Using the office systems as a staging ground or platform to gain unauthorized access to other systems.

- Any personal use that could cause congestion, delay, or disruption of service to office systems or equipment. For example, greeting cards, video, sound or other large file attachments can degrade the performance of the entire network. "Push" technology on the Internet (where information is routinely delivered to the desktop, e. g., news ticks and stock quotes) and other continuous data streams are also inappropriate as they can affect the performance of the entire network.

## 8.15  Handheld Devices

IT is able to support some, but not all, handheld devices. (This is an area that is rapidly changing so you should contact IT with any questions.) In general, if your device has Palm software, IT can support it. The user should contact the IT Help Desk at Ext. 9999 to request that the Palm software be activated. A technician will show the user how to synchronize calendars, notes, contacts, and tasks. The office cannot support personal blackberries integrated with office network systems.

48

Office Blackberry:  The office provides a limited number of blackberries to be used for business purposes. Distribution must be authorized by the bureau chief or support staff manager of your unit as well as the Executive Assistant District Attorney for Finance and Administration. All policies and expectations outlined in this handbook, specifically those applicable to office computers and computer systems, apply to office blackberries and blackberry use.  The office is entitled to reimbursement from you for personal blackberry use that exceeds the limits of the office's service plan.

Please contact IT if you wish to integrate any other type of handheld device so that they can evaluate whether its use is consistent with network security procedures.

HEALTH, SAFETY, AND SECURITY

EXPENDITURES AND REIMBURSEMENTS

DIRECTORY OF OFFICE RESOURCES

# IX:  Health, Safety, and Security

## Medical and Fire Emergency Procedures

The following are procedures you should follow in case of a medical or fire emergency:

**Medical Emergency:**

In the event of the occurrence of a medical emergency, please dial the New York City emergency number directly (7-911).  As soon as the situation permits, please also notify the Investigation Bureau (Ext. 8973) between the hours of 8:30 AM and 6:00 PM, Monday through Friday; or Office Security (Ext. 9555), 8:00 AM to 12:00 AM, 7 days a week.  DANY investigation and security personnel can only assist in attending to the injured or ill person as well as facilitating the arrival of outside medical attention.  Dialing 911 is the fastest way to get trained medical professionals to address the emergency.  In applicable situations, dialing 911 further facilitates your speaking directly with medical professionals so that you may receive instructions on appropriate measures.

**Fire or Other Emergency:**

In the event of a fire or other emergency that poses a threat to the safety of persons or property, please call 911 directly as described above.  When the situation permits, please also notify the Investigation Bureau (Ext. 8973).

**Emergencies Between the Hours of 12:00 AM and 8:00 AM:**

Between the hours of 12:00 AM and 8:00 AM, Office Security is not on site.  There is a New York City police officer posted in the lobby of One Hogan Place during this period, who can be reached by dialing "0."  In the event of any emergency, one should first contact 911, then, when possible, dial "0" to notify the police officer assigned to One Hogan Place.

## 9.2   Emergency Evacuation Procedures

In the event that it is necessary for staff to evacuate the building, you should use the designated safe evacuation routes.  Each area has a designated warden who is fully familiar with those routes.  Any work unit wishing to review safe evacuation routes with office personnel should contact the Investigation Bureau (Ext. 8973) to arrange an evacuation tour.

## 9.3   Non-Business Hours Communication with Staff

In the event that during a weekend or non-business hours, the office wished to make information available about office operations, the office would distribute this information in the following ways:

➢ **Emergency Notification System:**

A toll free number is available to provide emergency information during times when a severe weather condition, natural disaster, or other severe disruption in daily business activities impacts the office's operations. That telephone number is 1-866-584-7139. When calling this number, you will hear an initial announcement stating that you have reached this office's message center, and it will ask you for a password. The password, which is "DANY" (3269), is the same for each employee. Upon entering this password, you will hear an announcement concerning the status of office operations. You may, in some cases, also be directed to access a voicemail box set up for certain units, and you may receive further instructions or be asked to leave a message.

Each employee has been issued an emergency information card which provides instructions about how to access the above service during emergencies. Please keep the card accessible at all times. If the card is lost or stolen, notify your supervisor and you will be issued a replacement card.

➢ **The office web site:**

Information about the office will also be posted on www.Manhattanda.org, the office's web site. There may be a delay in getting information on the web site. The telephone emergency notification system should be a first choice in learning the most current information about changes in office operations.

➢ **The New York City web site:**

Information about the office and city conditions generally can be learned by accessing the New York City web site, www.NYC.gov. This site includes links to the office web site, and includes information about city agencies. This web site can also be source of information about office operations.

## 9.4   Identification Cards

You are required to have your employee identification card available while in the workplace and use it when entering the office through the security check points.

If your identification card is lost or stolen, you should report that fact immediately to the Investigation Bureau (Ext. 8973) and get a replacement card. Anyone finding a lost identification card should return it immediately to the Investigation Bureau.

## 9.5   Thefts

You are encouraged to secure your personal belongings. You bring personal items into the office at your own risk.

Any thefts of personal property or money occurring in the office should be reported to your supervisor and the Investigation Bureau (Ext. 8973) as soon as possible.

## 9.6   Visitors

All visitors are required to report to security personnel at the entrance to the office. They will then be announced and given a building pass. Delivery persons are not allowed access to the building. They must wait at the nearest security post for the recipient of the delivery to respond.

If you observe any suspicious individuals or observe behavior by a visitor that causes you to be alarmed or concerned, you should notify Office Security (Ext. 9555) or the Investigation Bureau (Ext. 8973).

## 9.7   Mail and Packages

No personal packages or correspondence of any kind are allowed to be received in the office.

The office screens all mail, including packages, scanning for potentially hazardous materials, and examining packages for dangerous substances. All packages received by the office are x-rayed and then labeled "scanned." All mail is scanned for the presence of metal. If metal is detected, the letter is also x-rayed and labeled "scanned." If you receive a package that has not been scanned, you should avoid handling the package and contact the Investigation Bureau (Ext. 8973).

## 9.8   No Smoking Policy

New York City law forbids smoking anywhere in our office space. In addition, the law prohibits smoking in any office vehicle.

## 9.9   Workplace Violence

The office is committed to take all necessary steps to ensure a safe office environment free from any violent actions or threats of violence upon any employee or visitor in our workplace. Violence or threats of violence by anyone in our office will not be tolerated.

If you receive or overhear any threatening communications from an employee or outside third party, report it to your supervisor immediately. Do not engage in either physical or verbal confrontation with a potentially violent individual. If you encounter an individual who is threatening immediate harm to an employee or visitor, contact the Investigation Bureau (Ext. 8973) immediately.

Employees must report any violent actions or threats of violence. All reports of work-related threats will be kept confidential to the extent possible. Violations of this policy including failure to report or fully cooperate in the office's investigation may result in disciplinary action up to and including termination.

52

## 9.10   Substance Abuse

Our office is committed to maintaining a safe, healthy, and efficient working environment. The improper use or presence of alcohol or controlled substances presents a hazard to everyone.

You are prohibited from drinking alcohol in the workplace except at office-sponsored events that have received authorization in advance. You may not report to work while under the influence of alcohol. You are prohibited from possessing or using illegal or unauthorized drugs in the workplace or reporting to work while under the influence of illegal or unauthorized drugs.

# Section X:  Expenditure and Reimbursement Policies

## 10.1  Introduction

The office's policies on expenditures and reimbursement procedures are briefly described below.  These guidelines cover case-related expenditures as well as other types of business-related expenditures.  This section is meant to describe the policies in general terms only.  For further guidance in this area, consult your bureau chief and the Fiscal Department.   You may obtain the necessary forms in DANYForms.

**General Policy Statement**:   You may not commit the office's resources without obtaining the necessary approvals, following the appropriate procedures, and submitting the appropriate documentation.

In the case of all requests for expenditures and reimbursements, you are expected to be guided by good judgment and a respect for the need to balance the necessity of the expenditure against the budgetary constraints.

This policy applies to the categories below as well as to any other expenditures of money.

## 10.2  Travel and Hotel Expense Guidelines

These guidelines cover case-related travel for a witness, extradition of a defendant, general investigative travel by a police officer or assistant district attorney, and any other approved, business-related travel. For detailed guidelines on what expenditures related to out-of-town travel the office will and will not cover, as well as caps on reimbursement rates for certain items, including meals, please consult the Fiscal Department.

➢ **Authorizations**:  Before the office will pay or reimburse anyone for travel and lodging expenses, prior approval for the expenses must be obtained, as noted below:

- **Travel Related to a Case:** A bureau chief can approve expenditures not exceeding $100 per case; expenditures up to a $1,000 require bureau chief and division chief approval; expenditures over $1,000 require bureau chief, division chief, and Executive Assistant District Attorney for Finance and Administration or Deputy Administrative Assistant District Attorney approval.

- **Travel Not Related to a Case:** All requests regardless of estimated cost require bureau chief, division chief, and Executive Assistant District Attorney for Finance and Administration or Deputy Administrative Assistant District Attorney approval.

➢ **Procedures**:  The "Travel Approval" form, available in DANYForms, is to be used for all travel and lodging arrangements. You should:

- Complete the form, including a summary of the case to which the expenses relate. A request for funds to return a witness to New York to testify must be justified with an explanation of

the relevance of the witness's testimony to the case. A request for expenses to return a defendant to New York for prosecution must be justified with a summary of the case which indicates its procedural posture and the viability of the case. All requests should summarize the criminal record of the defendant(s) being prosecuted.

- Submit the form to your bureau chief for review and approval of the request to expend funds. Forward the form to the Fiscal Department (Rm. 749) where the estimated travel, me     nd lodging expenses can be obtained and noted on the form.
- Obtain the necessary approvals following the guidelines above.
- After you obtain all of the necessary approvals, you should return the form to the Fiscal Department. They will make all of the travel and lodging arrangements. After they make the arrangements, they will provide you with the information on hotel and rental car reservations and give you the plane or train tickets if necessary.

## 10.3   Witness Fees

Witnesses who are from New York City are entitled to witness fees of $10 a day to cover public transportation and meal expenses.

➢ **Authorization:** An assistant district attorney must approve reimbursement for the standard witness fees.

➢ **Procedures:** Submit form signed by an assistant district attorney to the person in your bureau who has been designated to disburse these funds.

Witnesses may be entitled to reimbursements for additional travel expenses related to the prosecution of the case. For example, a witness who drives or takes a commuter railway because he or she lives beyond the area serviced by New York City subways and buses would be reimbu     for mileage and tolls or commuter train fare. Witnesses should be told to provide receipts. As a general rule, the office requests that the witness avoid the use of taxi cabs in favor of less costly alternatives. We do not compensate witnesses for time lost from work.

➢ **Authorizations:** Before the office will pay or reimburse a witness for expenses other than the standard witness fees, prior approval must be obtained. A bureau chief can approve expenditures not exceeding $100 per case; expenditures up to a $1,000 require bureau chief and division chief approval; expenditures over $1,000 require bureau chief, division chief, and Executive Assistant District Attorney for Finance and Administration or Deputy Administrative Assistant District Attorney approval.

➢ **Procedures:** A "Petty Cash Reimbursement" form, available in DANYForms, is to be used for non-standard witness fees, excluding out-of-town travel. (For out-of-town travel and hotel expenses, see Section 10.2.)

- Complete form, including name of case, justification for request, as well as a list of expenses with receipts attached.
- Obtain necessary authorizations following guidelines above.
- Forward the form to the Fiscal Department (Rm. 749) to obtain reimbursement for approved witness expenditures over the standard fees.

Consult the Fiscal Department for the guidelines on meal and lodging expenses for out-of-
town witnesses.

## 10.4  Witness Accommodation and Protection Expenses

In some cases, a witness who lives in the metropolitan area may need lodging or have other case-related expenses. Often these expenses are the result of the need to ensure the safety of witnesses at risk of physical harm. In those cases, there are funds available to cover expenses related to witness protection. The Witness Aid Services Unit may be available to provide aid.

In other cases, especially in cases of a serious nature, there are resources available at the division level. You should consult your bureau chief if you think your situation qualifies for such assistance.

➢ **Authorizations:** No witness may be given overnight lodging or provided with other related expense money without approvals from your bureau chief and your division chief. In cases where 1) the lodging is for more than 3 days; or 2) extensions are needed; or 3) overall cost exceeds $1,000, you must also get approval from the Executive Assistant District Attorney for Finance and Administration or the Deputy Administrative Assistant District Attorney.

➢ **Procedures:** The "Witness Protection Expenditure Approval" form, available in DANYForms, is to be used for all witness accommodation and protection expenses. You should:

- Complete the form, including the reason for the request.
- Submit the form to your bureau chief to review and approve the request to expend funds.
- Forward the form to either Judith Osorio (Rm. 841; Ext. 9300) in the case of a Trial Division case or the Investigation Bureau in the case of an Investigation Division case. They will estimate the expenditure and record it on the form.
- Obtain the necessary authorizations following the guidelines above. After you obtain all the required authorizations, return the form to Judith Osorio or the Investigation Bureau. In most cases, they will make the arrangements that are needed by your witness.

If you have a witness who is traveling from out-of-town, you should use procedures outlined in Section 10.2.

## 10.5  Expert Witnesses

You may determine that it is necessary to make use of an outside expert witness or consultant in your case.

➢ **Authorizations:** Before the office will disburse funds for these expenses, prior approval for the expenses must be obtained. A bureau chief can approve expenses not exceeding $100 per case; expenditures up to $1,000 per case require bureau chief and division chief approval; and all expenditures in excess of $1,000 require bureau chief, division chief, and the Executive Assistant District Attorney for Finance and Administration or Deputy Administrative Assistant District Attorney approval. In cases where the witness is necessary for psychiatric purposes you must

56

obtain the approval of the Special Litigation Bureau Chief in addition to the other required approvals.

➢ **Procedures:** The "Expert Witness/Consultant Approval" form, available in DANYForms, is to be used for approval to retain an expert. You should:

- Complete the form, including a justification for the request, as well as an estimate of the expenses.
- Obtain the necessary authorizations following the guidelines above.
- Send the completed form to the Chief of the Trial Division in the case of a Trial Division case or the Fiscal Department in the case of an expert witness needed by the Investigation Division. Either the Chief of the Trial Division or the Fiscal Department will send the expert a letter of agreement containing the financial terms.
- Once the expert has completed his or her services to the office, the expert should then submit the bill to either the Chief of the Trial Division or the Fiscal Department, depending on the case. If the bill is sent to you instead, please forward it immediately to the appropriate individual.

You should consult with the Chief of the Trial Division or the Fiscal Department before discussing the financial terms of the arrangements between the expert witness and the office. The office has guidelines that must be followed concerning expert witness expenditures.

## 10.6   Expenditures for Investigative Funds

There may be occasions when you will need funds to cover investigative expenditures including buy or flash money or undercover telephone bills.

➢ **Authorizations:** Before the office will disburse funds for these expenses, prior approval for the expenses must be obtained. A bureau chief can approve expenses not exceeding $100 per case; expenditures up to $1000 per case require bureau chief and division chief approval; and all expenditures in excess of $1000 require bureau chief, division chief, and Executive Assistant District Attorney for Finance and Administration or Deputy Administrative Assistant District Attorney approval.

➢ **Procedures:** The "Request to Expend Investigation Funds" form, available in DANYForms, is to be used for investigative funds. You should:

- Complete the form including the justification for the disbursement, the case name, and an indictment or I.C.M.S. number.
- Obtain the required authorizations following the guidelines above.
- Submit the form to the Fiscal Department who will disburse the funds.

## 10.7   Meal Allowances

When you work more than two continuous hours past your regularly scheduled work hours, and you earn compensatory time instead of cash payments, you are eligible for a meal allowance.

The meal allowance payments are captured in City Time, processed through the City's Payroll Management System, and included in your paycheck.

## 10.8   Equipment or Office Supplies

Equipment and supplies for office use are purchased through the office. You will not be disbursed funds or reimbursed for purchases that you make yourself even if you intend to use the item in the office. In the case of equipment needed for investigations, please note that the office's "Wire Room" maintains a wide variety of equipment.

## 10.9   Subscriptions for Books, Periodicals, and Online Services

Most books, periodicals, or online services ordered by the office will be available through the library or in some cases through IT's Investigative Support Services. However, on a limited basis, a team may have its own subscriptions to certain books or publications.

**Authorizations:** Approval of your bureau or unit chief is required. If the expenditure is over $100, you must also obtain the approval of the Executive Assistant District Attorney for Finance and Administration. In addition, all requests for subscriptions to books, periodicals, monographs, and online services must be reviewed and approved by the Director of Library Services (Rm. 806, Ext. 4292). The Director will determine if the requested material fits within the office's library collection development policy. This will ensure that our resources are not duplicated and are committed in a manner that best benefits the entire office.

➤ **Procedures:** All requests should be made in writing. After obtaining the necessary authorizations, the order will be placed by the Director of Library Services.

## 10.10  Court Transcripts

Court transcripts may be ordered for business-related purposes only. The following guidelines are to be followed when ordering transcripts from the court reporters:

➤ **Authorizations:** All transcript requests must be approved by your bureau or unit chief.

➤ **Procedures:** The "Transcript Order Request" form, available in DANYForms, is to be used for all transcript requests. You should:

- Complete the form, including all required information.
- Obtain the appropriate authorizations and give the order to your bureau or unit's transcript liaison. The transcript liaison will fax your order to the appropriate court reporter's office.

- In the case of expedited or daily (overnight) requests, you should also contact the individual court reporter responsible for your order.
- Minutes will be delivered to the transcript liaison. He or she will advise the Fiscal Department that the order was received. The Fiscal Department will then arrange for payment to the court reporter.
- If you receive the minutes from the reporter directly, you must bring the court reporter's copy of the order form to your transcript liaison and make sure you have entered the date you received the transcript.

**Note:** Trial transcripts on felony cases more than six months old that ended with convictions may be available through the court. You may order these older trial transcripts through the Director of Library Services (Ext. 4292).

## 10.11 Personal Telephone Used for Business

If you use your personal telephone for office business, you are entitled to be reimbursed by the office for the telephone call. To obtain payment, provide a copy of the telephone bill, indicating the calls which were work-related, and attach the bill to a "Petty Cash Reimbursement" form indicating the case or matter on which you were working and the total reimbursement sought. You must get your bureau chief to approve the request and then submit the voucher to the Fiscal Department for payment.

For information on the policies and guidelines on office telephones, including cellular telephones, see Section 11.21.

## 10.12 Parking Violations and Other Traffic Violations

The office will not reimburse you for traffic violations or parking summons that you receive while operating your car or an office vehicle. However, if you qualify, the office will submit your request for a dismissal based on the official business exception. This can be used for certain parking violations only and does not cover any other type of traffic offenses.

The Parking Violations Bureau (PVB) will dismiss summonses received for parking violation offenses if the driver was using the vehicle for official business. The official business defense cannot be claimed for ordinary deliveries, meetings, or commuting. In addition, it does not cover all parking violations, only those deemed by PVB to be amenable. If you qualify for this defense, your request for dismissal of the summons will be handled by the office's PVB liaison, the Deputy Administrative Assistant District Attorney whose secretary administers the program.

Your request must be submitted promptly. Failure to make a prompt request may result in your personal liability for the summons you have received.

If you receive a summons of any kind on an office vehicle, you must report that fact immediately to the Deputy Administrative Assistant District Attorney.

## 10.13 Other Expenditures

To obtain information about some policies relating to use of resources that will require the office to make payment to outside individuals or vendors:

| | |
|---|---|
| Section 11.8 | Interpreter Services |
| Section 11.11 | Mail Services |
| Section 11.21 | Telephones |

# Section XI:   Directory of Office Resources and Services: Policies and Procedures for Their Use

## 11.1   Introduction

This section contains a list of office resources and services to help you do your job.  At the end, you will find a directory of units and telephone numbers.

**General Policy Statement:**  Office resources, equipment, and services are available for business-related purposes only.

## 11.2   Case Services

Located in the Application Library above the 'Start' button, this computer application provides contact information with instructions on how to obtain records and witnesses from DANY, NYPD, and outside agencies as well as easy to use telephone lists for NYPD, local hospitals, Court Parts, defense attorneys, and other relevant criminal justice contact information.

## 11.3   Computer Services Center

The Computer Services Center (Ext. 9999) is the unit within Information Technology (IT) that is responsible for individual software support and technical hardware support.  If you are having any problems with your computer or need help with any of the applications, please contact them.

## 11.4   Custodial Services

The Department of Citywide Administrative Services (DCAS), the city agency in charge of facility management for city-owned buildings, is responsible for custodial services, including cleaning offices and bathrooms, replenishing supplies in the bathrooms, emptying the garbage, and other such services.  Operations is the liaison with that agency.  Any complaints about the services should be directed to them by sending an e-mail addressed to Operations.  In addition, Operations has a small staff to perform some custodial tasks.

If you have a problem with roaches or rodents, you should send an e-mail to Operations who will make arrangements to address the problem.  To help reduce problems of this type, you are encouraged not to leave food in your office and instead use centrally located garbage bins to deposit lunch time garbage.

## 11.5   Document Shredding

Each bureau or unit has access to a paper-shredder.  If it needs repair, notify your bureau administrator or supervisor who will act as the liaison with Operations.

61

The office also has an arrangement with an outside vendor to handle bulk on-site shreddi
of confidential documents. If you have a large amount of documents that you would like to ha
shredded, you should notify your bureau administrator or supervisor who will act as the liaison w
Records.

## 11.6 Furniture

If you have any office furniture in need of repair or have any other type of furniture reque
advise your bureau administrator or supervisor. Do not move broken furniture into the hallway

## 11.7 Heat and Air Conditioning Complaints

In an effort to conserve energy and prevent your air conditioners from freezing up, do :
leave your air conditioner on overnight or over the weekend. To report problems with radiators
air conditioners, send an e-mail addressed to Operations.

DCAS is responsible for replacing air conditioner filters. During the summer, Operatic
will provide air conditioner maintenance.

## 11.8 Interpreter Services

➤ **Interpreter Services:** If you need an interpreter in a language other than Spanish, arrangeme
should be made through Interpreter Services (Ext. 9722) in Administration. You need to prov
them with the language or dialect and the date, time, and location where the interpreter      ed
Please give them as much advance notice as possible.

The hours of operation for Interpreter Services are 9:00 a.m. to 5:00 p.m. After 5:00 p.m. or
weekends, you may schedule an interpreter by leaving a voice-mail message indicating
language or dialect, date, time, and location where the interpreter is needed. All requests a:
5:00 p.m. or on a weekend will be handled the next business day.

➤ **Spanish Interpreters:** The office has a number of full-time Spanish interpreters. To arrange
a Spanish interpreter for a grand jury presentation, inform the grand jury wardens. For ot
Spanish translation services, contact the Spanish Language Unit (Ext. 4232).

Spanish interpreters are also available to assist assistant district attorneys on homicide call.
list of interpreters is included on the monthly homicide chart that is distributed to homic
assistant district attorneys.

➤ **Telephone Interpreter Service:** The office also makes available a telephone interpreter serv.
Through this service, you will have access to telephone interpreters in over 140 languages
two-way or three-way telephone calls. Most of the time, you will be using the service fc
conference call between you, your witness, and the telephone interpreter. It is possible to us
for a brief, live interview by using the speakerphone or by passing the head set back and fo:

This service is expensive. You should use the telephone interpreters only for relatively brief conversations. Using this service to conduct a lengthy interview is strongly discouraged. After about twenty minutes, it is generally more cost-effective to use a live interpreter. Therefore, the twenty-minute time limit should be strictly followed. To contact the service, dial Ext. 3800. You will hear a recorded message giving you the responses you are to make to the language-line operator's inquiries concerning the organization code and your personal code (your PIN), and then you will be automatically connected with the language-line operator. You will be asked for the various codes described above, your organization's name, and the language you are seeking to have interpreted. If you are not sure what the language is, you should inform the operator, and they can give you assistance in identifying it. You will then be put on hold while the operator gets the interpreter. Considering the cost of the service, it would make sense to contact your witness before contacting the service.

This service is for you to use for business-related purposes only. You should not provide your PIN or the office code for this service to police officers, civilian witnesses, or other unauthorized individuals.

All of the services described above are for in-house interpreter needs. The courts are responsible for securing interpreters for courtroom proceedings.

## 11.9  Keys

You may obtain a key for your office or file cabinets from Operations. Upon resignation, you must return all office keys. You will be charged $3.50 for each Sergeant or Medeco key that you do not return and $1.50 for each file cabinet key you do not return.

## 11.10  Large-Scale Document/Evidence Delivery

If you are on a team that is planning to execute a search warrant or subpoena that will result in the delivery of a large quantity of evidence or large numbers of documents to the office, you may require assistance from Operations. If so, please provide advance notice to Operations, including whether you will need handcarts, the use of the service elevator, or assistance to move the evidence. In addition, your notice should include the date and the approximate time of delivery as well as the size of the delivery.

You should also confer with your bureau or unit chief and create a plan for storage of the documents or evidence.

## 11.11  LEXIS/NEXIS

The office provides LEXIS service, for business-related purposes. You must attend a LEXIS/NEXIS training session in order to obtain a password. You are reminded that it is extremely expensive. The office has negotiated a contract that allows for substantial usage for a fixed fee. However, our usage must be controlled; excessive current usage will impact our current and future LEXIS costs. It is therefore essential that you carefully conserve your time on LEXIS.

63