The Director of Library Services will closely monitor LEXIS use. Each month, she will forward a list of those with unusually high LEXIS usage to the Administrative Assistant District Attorney. You may be called upon to account for the time and money you spend on LEXIS. In cases of abuse of LEXIS service and in instances of use for personal matters, you will be required to reimburse the office.

Sharing of LEXIS passwords is prohibited.

### 11.12 Mail Services

Messengers pick up mail for delivery inter-office and mail for delivery outside the office, twice a day from each bureau or unit.

Under limited circumstances, with the approval of your bureau chief, you may, through the mail room, arrange for express mail service, other specialized mail services, or delivery by messenger. The mailroom is open from 7:30 a.m. to 5:30 p.m. Mail and Federal Express go out at 4:30 PM.

### 11.13 Maintenance Requests

To report a maintenance problem with any building system such as plumbing, electrical, or elevators, send an e-mail addressed to Operations.

### 11.14 Office Equipment

➢ **Fax Machines:** Each bureau has a fax machine to send and receive business-related material to others outside of the office as well as inside the office. If you are experiencing a problem with your fax machine, notify your bureau administrator or e-mail Operations.

➢ **Copiers, Shredders, Typewriters, Microfiche Equipment:** To report a problem, notify your bureau administrator or e-mail Operations.

➢ **Data Collection Devices (DCD):** To report a problem with your DCD, notify your bureau administrator or e-mail Operations and Payroll Services.

### 11.15 Office Moves

Your bureau administrator or supervisor will coordinate with Operations all office moves, including relocating your telephone number and scheduling the move.

The only office furniture you may take with you when you move are the file cabinets with your files. All other office furniture and personal computers will **not** be moved from office to office when the occupants change.

64

## 11.16 Office Safes

A number of bureaus have safes for storage of evidence that has been subpoenaed from the New York City Police Department's Property Clerk's Office and is needed on-site because of a continued proceeding. Space in office safes is limited. Once your court proceeding is complete, you must make arrangements to have the evidence returned to the Property Clerk's Office. If the property was obtained from Pearson Place, see Section 11.19 for how to arrange for the return of the property. Any evidence that was stored for trial must be removed within a month of the trial's completion.

In addition, the office has a central safe located in room 732. To put property in the safe, contact the Records Department (Ext. 9594). The hours of operation are 9:00 a.m. - 5:00 p.m.

If it is necessary to have controlled substances or marihuana evidence available for a court proceeding, such evidence should be in the custody of a police officer, except when it is necessary to have this evidence in court. **No controlled substances are permitted to be stored in office safes.** All such evidence must be returned to the Property Clerk's Office when it is no longer needed in court that day. If the Property Clerk's Office is closed and not available to accept the controlled substance or marijuana evidence, it should be taken to the Fifth Precinct, or if that is not possible, the Police Laboratory/Evidence Desk (180-14 Jamaica Avenue, Jamaica, NY, Tel. No. 718-558-8812) by a police officer assigned to your case to be secured there.

## 11.17 Office Supplies

Your bureau or work unit maintains an inventory of file folders, writing pads, pens, and other office supplies. Every month, the bureau secretary or administrator reorders supplies from Purchasing. If you need a particular item, advise the person in your bureau who has the responsibility for maintaining the bureau inventory of office supplies so that it can be included in the monthly order. If you have a special request or need a supply before the monthly delivery, notify your bureau administrator.

## 11.18 Office Vehicles

All vehicles owned or leased by the New York County District Attorney's Office (DANY) used by DANY employees, or persons from other agencies working with DANY, must adhere to the policies and guidelines outlined below. Similarly, all employees using personal vehicles for official office business, must adhere to the relevant provisions below.

> **Qualifications for Use of a DANY Vehicle:** Every person who drives a vehicle owned or leased by DANY, or who drives a personal vehicle on DANY official business must have a current valid driver's license issued by New York or another state in the U.S. No one is authorized to drive a DANY vehicle or a personally owned vehicle for DANY activities if the driver has been found guilty of any offense involving the operation of a motor vehicle; has a charge pending involving the operation of a motor vehicle; or is currently charged or has been found guilty of using a motor vehicle in the commission of a crime. Additionally, DANY will deem a person unqualified to drive a DANY vehicle if the person seeking to operate the vehicle

65

has a driving record, or a workplace performance which raises concerns that the driver will not safely or lawfully operate the DANY vehicle.

> **Authorization:** DANY employees who are assigned a vehicle for an extended period, including for commutation, may be assigned a vehicle only with the authorizations outlined below:

  - Members of the Investigation Bureau (including all Rackets Investigators) must seek approval from the Chief of the Investigations Bureau;

  - Members of the District Attorney's Office Squad (DAOS) must seek approval from the Commanding Officer of the DAOS;

  - Members of DANY staff who are not in the Investigations Bureau must seek approval from the Executive Assistant District Attorney for Finance and Administration; Chief Assistant District Attorney; or the Deputy Administrative District Attorney.

Further guidelines for the extended use of a DANY vehicle are available separately.

> **Appropriate Vehicle Use:** DANY vehicles are only to be used in conducting the business of the Office of the District Attorney. No DANY employee, other than those listed above, have the authority to authorize a person to operate a DANY vehicle. No other DANY employee, or member of the Investigations Bureau, or member of the DAOS, or any member of another agency working in conjunction with DANY may grant permission to another to use a DANY vehicle for any purpose.

> **Commuting:** Those authorized to commute using DANY vehicles can use the vehicle assigned to them to commute between the location they have been assigned to work and their homes. The vehicles cannot be used for any tasks unrelated to their official duties. Employees assigned vehicles must surrender the vehicle while on any type of leave longer than two days.

> **Repair and Maintenance:** Except in emergency repair situations, drivers of DANY vehicles must notify the fleet manager when an assigned vehicle needs repair. This information should include vehicle number, location, and type of repair required. The fleet manager will direct the driver to the appropriate repair facility.

> **Accident Reporting:** Any drivers of a DANY vehicle involved in any traffic accident resulting in any damage to property, or injury to themselves or to others, must promptly notify the driver's immediate supervisor and the fleet manager so that the required investigation and reports may be completed by assigned personnel. Details of the procedures for filing such reports are available separately. You must also comply with notification requirements in Section 2.7 of this Handbook.

In all cases, compliance with appropriate state and municipal law is required.

> **Costs:** E-Z Pass devices provided by DANY in DANY vehicles may not be used when the

driver is commuting. DANY E-Z Pass devices are to be used only when the driver is in the process of conducting official business. E-Z Pass devices will be revoked for infractions such as inappropriate use, excessive speed, or reckless driving through toll plazas.

- **Summonses:** The office will not reimburse you for traffic violations or parking summonses that you receive operating an office car or your personal car while conducting office business or an office vehicle. However, if you qualify, the office will submit your request for a dismissal based on the official business exception. For further information on the procedure to be followed, refer to Section 10.12.

## 11.19 Open and Closed Cases

- *Open Cases: The Open Case Unit (Rm. 732, Ext. 9888) maintains copies of all open misdemeanor and unindicted felony cases to be used in the court parts and by various prosecution support units.*

- **Closed Cases:** The Records Department (Rm. 821, Ext. 9594) maintains a central repository for all closed cases. Misdemeanor cases and bench warrants are stored on either microfilm or CD Roms. Indictments are stored in their original jackets on shelves. To retrieve a closed case, send an e-mail addressed to "Records," or call the Records Department. The department maintains a record of all cases relinquished to the department and will make available any case file that is in its custody. In situations where the case was not sent to Records, they will make further efforts to locate the case by checking with other areas of the office that might have the file, such as the Appeals Bureau or the bureau where the assistant district attorney who handled the case was assigned.

Staff are required to relinquish closed cases after work has been completed on the closed case. Centralized storage of closed cases helps to alleviate overcrowding in offices. In addition, if other assistant district attorneys need access to a closed case, it is helpful for them to have a central location for retrieval of a case, especially when you are unavailable to respond to their request.

To arrange for the relinquishment of closed cases, contact the Records Department.

## 11.20 Pearson Place Evidence Pick-up and Delivery Service

The Records Department (Rm. 821, Ext. 9594) of our office will pick up property held by the New York City Police Department at Pearson Place for you on request. The pick-up of property will be carried out according to the schedule and procedures outlined below:

| DAY PROPERTY WILL BE NEEDED BY ADA | DEADLINE FOR SUBMITTING REQUESTS TO RECORDS | RECORDS WILL HAVE PROPERTY AVAIL O[...] |
|---|---|---|
| Monday | Thursday: 4:00 P.M. | Friday: 2:00 P.M. |
| Tuesday | Friday: 4:00 P.M. | Monday: 2:00 P.M |
| Wednesday | Friday: 4:00 P.M. | Monday: 2:00 P.M |
| Thursday | Tuesday: 4:00 P.M. | Wednesday: 2:00 P.M |
| Friday | Tuesday: 4:00 P.M. | Wednesday: 2:00 P.M |

You must submit a subpoena addressed to the Police Department for the required property to Records by the deadline. You should include in the subpoena defendant's name, case number voucher number, a description of the property, and the storage number (obtainable by calling Police Plaza at 212-374-4925). A copy of the voucher must be attached to the subpoena.

The Records Department will pick up the property from Pearson Place early on Monday Wednesday, and Friday. Property will be held in the office safe in Room 732 until picked up by you You will sign for the property on receipt. If the property is not picked up by the end of that workday it will be officially checked in the safe in Room 732. A copy of the DANY Safe Voucher will be sent to you via interoffice mail.

Chain of custody for the property will be documented by the Records Department.

If you cannot make arrangements consistent with the schedule outlined in this section, you will have to make your own arrangements to get property from Pearson Place.

The Records Department will also arrange for the return of any property that is properly identified with the voucher and storage number. All bags of evidence must be resealed and all items on the voucher must be returned at the same time. You or a colleague must be available when Records staff pick up the property.

When returning property to Pearson Place seized from a peddler, you must provide a letter to the property clerk stating the outcome of the case, and indicating whether or not the property can be destroyed.

## 11.21 Reproduction Services

Each bureau has at least one copier. If your copier is in need of repair or needs more paper or other supplies, notify your bureau administrator who will be the liaison with Operations.

If you have a large-scale reproduction project, including for example, manuals, transcripts, or briefs, or have a specialized copying job, contact Reproduction (Rm. 822, Ext. 9747). [...] **arrange for copying with a vendor of your own.**

## 11.22 Telephone Services

Operations is responsible for the office telephone system. If you have any questions relating to telephone service, including how to use your PIN, voice mail, or to report problems with your telephone, you should contact the Communications Unit (Ext. 9800).

**Long-Distance Calls:** The office provides long-distance telephone service principally for business purposes. You are welcome to use long-distance service for personal transactions, provided you reimburse the office for those calls. You receive a quarterly statement from the Fiscal Department listing all long-distance calls made on your PIN. Generally, the list will not reflect local calls. In an attempt to accommodate your reasonable need to remain in contact with immediate family members, the office will not seek reimbursement for brief calls to the nearby area codes of 516, 914, 845, 201, 908, 973, and 732. Such calls will therefore, not appear on your bill.

You are responsible for all calls made with your PIN, and therefore, you should not give your PIN to anyone else to use.

- **Person-to-Person Calls:** If you need to make a person-to-person call, dial your PIN, then dial "7", and then dial "0."

- **Repair:** You may contact the Communications Unit if you are experiencing problems with your telephone service.

- **Voice Mail:** The office has installed a voice mail system to allow your callers to leave messages. In addition, the voice mail system is designed to allow a caller to speak to a secretary in your area by dialing "0." This feature will allow the public to speak to someone in instances of emergency or where time is of the essence. You are required to include in your recorded voice mail greeting instructions for callers on how to access a secretary in the event the caller wishes to speak to someone immediately.

    When you go on vacation, you should change the recorded message to reflect the time periods when you will be out of the office and give the caller the option of recording a message or speaking to someone immediately by dialing "0."

    The voice-mail system is an office system, and you should not assume any right to privacy with respect to any messages left on the system. The office reserves the right to access your messages if necessary for a business-related reason or in the case of an emergency.

    If you need instructions on how to make changes in voice mail messages, you should contact Operations.

- **Blackberry:** The office provides a limited number of blackberries to be used for business purposes. Distribution must be authorized by the bureau chief or support staff manager of your unit as well as the Executive Assistant District Attorney for Finance and Administration. The office is entitled to reimbursement from you for personal use that exceeds the limits of the office's service plan.

- **Cell Phones:** The office provides a limited number of cell phones to be used for business purposes. You will be provided with an office cell phone only with the authorization of your

69

bureau chief or supervisor. If you are assigned an office cell phone, it is to be used as a business tool, and any personal use should be limited. The office is entitled to reimbursement from you to the office for personal use that exceeds the limits of the office's service plan.

## 11.23 Directory of Units and Phone Numbers

| Unit | Number |
|---|---|
| Computer User Services | 9999 |
| Interpreter Services | 9722 |
| Mail Services Department | 9871 |
| Operations (Rm. 749) | 9848 |
| Open Cases (Rm. 732) | 9888 |
| Records Department (Rm. 821) | 9594 |
| Reproductions and Print Shop (Rm. 822) | 9747 |
| Spanish Language Unit | 4232 |
| Telephone Services | 9800 |

# APPENDIX A:     DANY Directory

**Introduction**

The purpose of this section is to serve as a brief description of the various divisions, bureaus, and units within the office, legal as well as non-legal.

# Executive Staff

The legal executive staff includes the Chief Assistant District Attorney, Executive Assistant District Attorney for Governmental Affairs and Community Relations, Executive Assistant District Attorney for Finance and Administration, Counsel to the District Attorney, Deputy Administrative Assistant District Attorney, Special Assistant District Attorney, and the Chiefs and Deputy Chiefs of the Trial and Investigation Divisions. The managerial support staff reports to the legal executive staff and has responsibility for the bureaus and units described below:

- **Advisor to the District Attorney on Gay, Lesbian, and Transgender Issues** acts as the liaison to the office and the gay, lesbian, and transgender community as well as acting as an internal resource for all legal and non-legal units and bureaus of the office on gay, lesbian, and transgender issues.

- **Community Affairs** engages in a wide variety of community information forums, educational outreach projects, and crime victim advocacy and involves legal staff in those programs. Their goal is to develop and promote collaborative relationships between the office and community residents, businesses, schools, and various community groups throughout Manhattan.

- **Legal Hiring** manages the process for recruiting and hiring all assistant district attorneys, the Summer Legal Intern Program, and other clinical internships. From August through early spring, hiring board members interview potential law school graduates both in the office and at over 40 law schools and job fairs across the country. The hiring board also interviews experienced attorneys throughout the year. In early winter, interns for summer internships are interviewed and selected.

- **Legislative Affairs** works under the direction of the Executive Assistant District Attorney for Governmental Affairs and Community Relations on important legislative initiatives and keeps track of all proposed legislation that will have an impact on the office.

- The **Library** offers legal and other types of research services to the entire office.

- The **Northern Manhattan Office** makes the resources of the office more accessible to the upper Manhattan community by responding to community concerns, particularly regarding domestic violence, narcotics trafficking, and consumer fraud, at a site that is convenient to this major segment of Manhattan's population. Assistant district attorneys may use the office to conduct initial interviews with crime victims and witnesses.

- **Planning and Management** performs a variety of functions designed to support the strategic and operational management of the office and its resources. Among other tasks, the unit

prepares the annual New York City and New York State budget letters which request funding for new office initiatives; writes grant proposals and provides statistical analyses which measure the performance of prosecutorial activities; and studies office operations and recommends measures designed to ensure the most effective and efficient use of office resources and personnel.

> **Public Information** serves as the point of contact between the news media and our office. The staff in that unit responds to all media inquiries concerning pending and closed cases, office policy, and other related matters. In addition, they maintain files of all recent articles from newspapers and magazines that relate to New York. Requests for information from the media must be referred to this unit.

## Trial Division

The Trial Division, the largest division in the office, has principal responsibility for prosecuting misdemeanor and felony street crime cases. It is comprised of six large trial bureaus as well as a number of specialized bureaus and units that target certain types of crimes or have other specialized responsibilities.

Most assistant district attorneys in the trial bureaus, each of which is named for its relationship to a particular part in the Supreme Court, are assigned cases after a summary arrest has been made. The trial bureaus are on intake on a rotating basis. Felony cases and some serious misdemeanor cases are assigned to an assistant district attorney at the time a complaint is drawn in the Complaint Room; the majority of misdemeanor cases are assigned after arraignment. The assigned attorney then handles the case from that point until the final disposition of the case. The type of case that an assistant district attorney handles is commensurate with his or her level of experience. Junior attorneys begin by handling misdemeanor cases and then advance to felony cases. The most senior attorneys are responsible for homicide and other major felony cases.

Although most cases in the division originate with the summary arrest of the defendant, an increasing number of assistant district attorneys work on pre-arrest investigations as well. Many of the specialized units are engaged in this type of investigatory activity.

The six large trial bureaus are staffed by approximately fifty attorneys of varying levels of experience. In addition to the legal staff, each bureau has a bureau administrator, paralegals, and secretaries.

There are also a number of smaller units or bureaus in the Trial Division. In some cases, assistant district attorneys are assigned to those bureaus or units exclusively and only handle the types of cases targeted by their unit or bureau. Assistant district attorneys in other units prosecute the cases targeted by their unit, but are assigned to one of the trial bureaus and handle other types of cases as well. Below are the smaller units or bureaus and a brief description of their responsibilities:

> The **Asian Gang Unit** investigates and prosecutes criminal groups that have victimized the Asian community.

> The **Cold Case Unit** investigates and prosecutes old, unsolved homicides.

ii

- The **Family Violence and Child Abuse Bureau** prosecutes and tracks cases involving child abuse and domestic violence cases.

- The **Firearms Trafficking Unit** investigates and prosecutes individuals and criminal organizations involved in illegal firearms dealing and importation.

- The **Identity Theft Unit** investigates and prosecutes individuals and organizations involved in identity theft.

- The **Homicide Investigations Unit** works with investigators to target gangs who commit multiple homicides, especially those that are drug-related.

- The **Public Assistance Fraud Unit** works with city investigators to uncover and prosecute public assistance fraud.

- The **Sex Crimes Unit** investigates and prosecutes cases of rape, sodomy, and sexual abuse.

- The **Spanish Language Program** has a bilingual staff. It is available to act as a consultant on cases with Spanish-speaking witnesses and offers translating and interpreting services to the office.

- The **Special Litigation Bureau** handles post-judgment proceedings involving individuals found not responsible by reason of a mental disease or defect and other legal matters including extraditions; subpoena and discovery requests by outside attorneys and agencies where the District Attorney is not a party; FOIL requests; and civil eviction matters. The bureau also acts as a consultant to assistant district attorneys from the Trial and Investigation Divisions handling cases with psychiatric defenses.

- The **Vehicular Crimes Unit** oversees and provides support in the prosecution of Driving While Intoxicated and related homicide and assault cases as well as unlicensed drivers or drivers whose privileges have been suspended or revoked.

**Legal Staff Training** is responsible for training assistant district attorneys in all legal areas. Assistant district attorneys may earn CLE credit by attending the programs they offer because the office is a certified CLE provider. The unit provides orientation for the new class of assistant district attorneys, as well as on-going lectures and training programs for the legal staff. Among the programs are the new legal staff orientation program, grand jury training, the trial advocacy program, and a lecture series on a wide variety of topics.

**Trial Division Support Services**

A number of units provide services and support for the Trial Division. They are described below:

- **Complaint Room Complex** is responsible for processing all arrests.

- **Drug Treatment Alternative Program** refers non-violent drug addicted felons to residential

...

treatment programs in lieu of prison, monitors their progress, and reports to the sentencing court.

- **Grand Jury Stenographers** record grand jury testimony and transcribe the minutes of that testimony upon request.

- **Prosecution Support Services** processes all cases, assigns misdemeanor cases to Criminal Court assistant district attorneys in the trial bureaus and provides a variety of support services on misdemeanor cases. Within this unit are:

  - **Alternative Sentencing** controls and monitors defendants who receive community service sentences.

  - **Central Services** manages the records of decline prosecutions; manages and operates the defendant photo imaging system; processes extradition requests; orders lab reports, DWI reports, ballistic reports, and death certificates; and tracks motions, medical records, and civil subpoenas.

  - **Midtown Court** manages the operation of Midtown Court.

  - **Open Cases** maintains all pending Criminal Court case files and coordinates record-keeping functions that support the Trial Division. Some of their additional responsibilities include staffing all Criminal Court parts with calendar aides and receiving and distributing motions and lab reports.

- **Visual Evidence Unit**:

  - **Engineering** prepares scale diagrams of crime scenes.

  - **Photography** photographs crime victims, evidence, and crime scenes.

  - **Video** videotapes and preserves statements from defendants and witnesses and videotapes crime scenes; performs video analysis, including enhancement and clarification of audio and video media, recovery of video evidence from surveillance systems, and duplication of all types of visual media.

- **Witness Aid Services Unit (WASU)** assists and guides crime victims and witnesses through each stage of the prosecutorial process. WASU's objectives are to provide a variety of specialized services to aid crime victims. The **Hispanic Services Program** provides Spanish-speaking staff for counseling and social service functions outlined below. For more detailed information about services and how to access them, contact WASU directly. The divisions within WASU are described below:

  - **Counseling** provides therapeutic counseling on an individual and group basis to victims, witnesses, and their families.

  - **Notification** is responsible for informing and scheduling witnesses' participation on Criminal Court cases. They also work closely with victims who are being intimidated.

- **Property Release** assists victims in obtaining a release of their property held as evidence, coordinates inspection of property by a defense attorney, and releases property to defendants.
- **Social Services** assesses the specific needs of victims, witnesses, and their families and offers a wide variety of specialized social services and referrals to appropriate agencies.
- **Victim Assistance Center** assists victims on recent arrests, Desk Appearance Tickets, and on cases that are further along in the process.

# Investigation Division

The Investigation Division is staffed by experienced assistant district attorneys who work with investigators, analysts, and accountants on the investigation of sophisticated white-collar cases, public and private corruption cases, and rackets cases. In general, assistant district attorneys assigned to the division are recruited from other divisions in the office and have trial or appellate experience. The cases stem from self-directed investigations rather than summary arrests.

Most cases are handled by the bureaus described below, but a smaller number of cases are handled by a team of assistant district attorneys working with executive staff attorneys in **Investigation Division Central**. The bureaus and units in the division are described below:

- The **Asset Forfeiture Unit** brings civil actions to recover assets, which are the proceeds of criminal activities.

- The **Labor Racketeering Unit/Construction Industry Strike Force** targets labor racketeering cases and corruption cases in the real estate and construction industry.

- The **Frauds Bureau** specializes in investigation of complicated economic crimes such as securities fraud, money laundering by banks, commercial fraud, computer crimes, and municipal fraud.

- The **Money Laundering and Tax Crimes Unit** prosecutes tax fraud, money laundering, and related cases.

- The **Official Corruption Unit** handles corruption cases involving public officials and police officers.

- The **Rackets Bureau** focuses on cases involving organized criminal enterprises, political corruption, systemic corruption in particular industries, and kickback schemes among others.

- The **Special Prosecutions Bureau** is responsible for a wide range of investigations including arson, consumer fraud, bribery, embezzlement, trademark infringement, stolen property, and fencing operations. Often, the most junior attorneys in the division are assigned to the bureau and the investigations tend to be more short-term than the investigations handled by other

v

bureaus and units in the division. In addition, the **Elder Abuse Program** is a special unit within the bureau that focuses on financial crimes committed against the elderly. Also within the bureau is the **Immigrant Affairs Program** which is responsible for the investigation and prosecution of frauds committed against immigrants.

### Investigation Division Support Services

The following units of detectives, investigators, and accountants provide investigative support for assistant district attorneys. Although they primarily work with assistant district attorneys in the Investigation Division, they also work with assistant district attorneys in the Trial Division on occasion.

> ➤ The **District Attorney's Office Squad** is a New York City Police Department unit under the supervision of the department's Chief of Detectives. They conduct sophisticated and sensitive investigations into organized crime, official corruption, labor racketeering, frauds, and other crimes. Among other responsibilities, they execute eavesdropping warrants, conduct physical surveillance, perform extraditions, and guard material witnesses. In addition, they perform undercover investigations.
>
> The Squad's technical branch, the "Wire Room," maintains an inventory of electronic equipment. They also prepare high-speed reproduction of audiotapes and prepare recorders for playback at trials.

> ➤ **Financial Crimes** is staffed with accountants and financial analysts who assist the legal staff by conducting financial investigations relating to allegations of bribery, fraud, embezzlement, and organized crime.

> ➤ The **Investigation Bureau** is staffed by District Attorney Investigators who investigate fraud, official corruption, organized crime, and other criminal matters for the Investigation and Trial Divisions. The investigators, who are police officers, are also called upon to investigate allegations of police brutality or other misconduct. Among the areas of responsibility are conducting in-house lineups, maintaining a NYSPIN Intelligence Computer Terminal maintaining all electronic surveillance orders, recordings and videotapes, and handling office security.
>
> Internal office security is handled by security officers, a group within the Investigation Bureau. A District Attorney investigator supervises the security officers.

## Appeals Bureau

The Appeals Bureau handles all of the office's appellate work. Assistant district attorneys in the bureau file briefs and argue appeals in all state and federal courts. Because of the Manhattan location and the large number of appeals, bureau members play a prominent role in precedent-setting litigation that shapes the body of criminal law in New York.

The expertise and reputation of the bureau results in its members being asked to appear as amicus

curiae in significant cases in which the office would not otherwise be a party. Appeals Bureau attorneys also shape the law by selecting and pursuing appeals in which the state is the appellant and by drafting proposed legislative amendments.

In addition to its work on criminal appeals, the Appeals Bureau handles office-related civil litigation in both the federal and state courts, including habeas corpus proceedings and civil rights actions. Assistant district attorneys in the bureau argue before the United States Court of Appeals for the Second Circuit and frequently litigate in both state and federal trial courts. Attorneys in the bureau review eavesdropping applications that are to be submitted by the office or by the Office of the Special Narcotics Prosecutor.

## Office of the Special Narcotics Prosecutor

The Office of the Special Narcotics Prosecutor was created in 1971 pursuant to the New York State Judiciary Laws. The enabling legislation mandates the five District Attorneys to establish the Office of the Special Narcotics Prosecutor, an office with citywide jurisdiction. It is the only office in the country exclusively dedicated to the prosecution and investigation of narcotics felonies. Since its inception, the office has worked with city, state, and federal members of the drug enforcement community to develop and implement multi-faceted approaches to investigating and prosecuting narcotics trafficking and attendant crime.

The Special Narcotics Prosecutor is appointed by the five District Attorneys and the legal staff of the office is drawn from all five offices. The majority of the staff is composed of assistant district attorneys from the New York County District Attorney's Office.

The **Trial Division**, composed of three trial bureaus, prosecutes the majority of the felony drug complaints referred to the office. The bulk of these cases are the result of the law enforcement operations aimed at street-level drug activity and investigations of mid-level dealers. Assistant district attorneys work on cases with local, state, and federal law enforcement agencies.

The **Special Investigations Bureau (SIB)** oversees complex, long-term investigations that target large-scale drug trafficking organizations distributing heroin and cocaine to New York City and other parts of the United States. Electronic surveillance has been among the tools used effectively by SIB in their investigations. Investigations conducted by SIB have resulted in the seizure of substantial quantities of narcotics. In addition, they have accumulated crucial intelligence on how international criminal organizations work, including the means of bringing drugs into the United States; the manner in which they control and direct the activities of narcotics cells in this country; the extent to which they are willing to use violence; and the schemes they employ to launder the proceeds from narcotics transactions.

## Operations

Operations is responsible for a wide range of administrative services, including the daily management of the office's physical plant. The units within Operations are:

> **Facilities Design** is responsible for office design and furniture standards.

- **Interpreter Services** provides interpreters for grand jury proceedings, in-house interviews, and transcriptions for languages other than Spanish.

- **Facilities Management** handles renovation and other construction projects, general cleaning of offices and public areas, and general maintenance including office moves. This unit supplements the services provided by the Department of City-wide Administrative Services, the city agency, which has primary responsibility for cleaning and maintaining city buildings. In addition, the unit is responsible for maintaining office copiers, x-ray machines, and fax machines.

- **Communication** manages the telephone and voice mail service, including cell phones and blackberries.

- **Purchasing** is responsible for purchasing goods and services for the office.

## Human Resources

**Human Resources** is responsible for all personnel and payroll functions. The units within Human Resources are:

- **Benefits** assists employees with the benefit programs offered by the City of New York.

- **Employee and Labor Relations** is responsible for the Office's policy and collective bargaining administration, disciplinary procedures, staff grievances and dispute resolution procedures.

- **Payroll Services** maintains payroll and tax information as well as employee salary and leave status. It is responsible for entering that information in the New York City Automated Personnel System (NYCAPS).

- **Recruitment** is responsible for overseeing the hiring and employment requirements of support staff employees.

- **Support Staff Training** is responsible for assessing training needs of the support staff and providing that training.

- **Timekeeping** is responsible for oversight of the City Time automated timekeeping system.

## Records Management

- **Imaging** is responsible for scanning Criminal Court files and other materials.

- **Mail/Messenger Unit** is responsible for pick-up and delivery of mail both intra-office as well as mail to be delivered to the US Post Office.

- **Records** is responsible for storage and retrieval of closed cases.

- **Reproduction** is in charge of reproduction of large volume office materials.

# Fiscal

The Fiscal Department is responsible for managing the office's financial resources. Among the responsibilities are preparing and monitoring the office's budget; auditing payroll, purchasing expenditures, and all state and federal grants; authorizing and preparing disbursements for requested services, equipment, and material; reimbursing staff for approved out-of-pocket expenditures; and making all travel arrangements.

# Information Technology

Information Technology (IT) is responsible for all of the office's computer services. The six units within IT are described below.

- **Administration Procurement and Inventory** is in charge of purchasing, inventory management, and new PC installations and upgrades.

- **Case Support Services** maintains and manages all case data and assignments, DANY Case Search, Indictment Processing System, and the matter lists in the Workbench. They also maintain support for outside city systems including CACS, Department of Motor Vehicles, eJustice, and CRIMS.

- **Computer Service Center** is responsible for staffing the Help Desk, providing support for office computer systems, and conducting in-house training.

- **Development** researches and documents the requirements of all new computer systems and develops new applications.

- **Investigative Support Services:**

    - **Computer Forensics** acts as a consultant on search warrants for computer equipment and extracts electronic evidence from seized computers.

    - **Information Services** conducts background investigations of witnesses and organizations using a wide range of computer databases.

    - **Telephone Analysis** processes and analyzes subpoenaed telephone data.

- **Network Services** is responsible for managing the office's computer network.

# OFFICE OF THE DISTRICT ATTORNEY
# NEW YORK COUNTY



## EQUAL EMPLOYMENT OPPORTUNITY AND SEXUAL HARASSMENT POLICIES AND PROGRAMS

## REASONABLE ACCOMMODATION POLICY AND PROCEDURES

## AMERICANS WITH DISABILITIES ACT GRIEVANCE PROCEDURES

September, 2013

PLAINTIFF'S EXHIBIT 3

# OFFICE OF THE DISTRICT ATTORNEY
# NEW YORK COUNTY

## EQUAL EMPLOYMENT OPPORTUNITY AND SEXUAL HARASSMENT POLICIES AND PROGRAMS

## REASONABLE ACCOMMODATION POLICY AND PROCEDURES

## AMERICANS WITH DISABILITIES ACT GRIEVANCE PROCEDURES

Table of Contents

I. EQUAL EMPLOYMENT OPPORTUNITY PROGRAM .................................................. 1

    I.1 Equal Employment Opportunity Policy Statement from District Attorney Cyrus R. Vance, Jr. ............................................................. 1

    I.2 The Responsibilities for Implementing the EEO Program ........................................................ 4

    I.3 The Internal Complaint Procedures ................. 7

    I.4 How the Goals and Procedures of the EEO Program Will Be Communicated .................... 11

II. POLICY STATEMENT ON PREVENTING SEXUAL HARASSMENT IN THE WORKPLACE ......... 13

III. REASONABLE ACCOMMODATION POLICY AND PROCEDURE .................................................. 15

IV. AMERICANS WITH DISABILITIES ACT GRIEVANCE PROCEDURE ........................................ 19