UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

CHRISTOPHER DAY,

                              Plaintiff,

           -against-

THE CITY OF NEW YORK, THE NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE, GEORGE ARGYROS, in official capacity and individually, and NITIN SAVUR, in official capacity and individually,

                              Defendants.
------------------------------------------------------------------- x

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

15 CV 4399 (GBD)(HBP)

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, as represented below, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed with prejudice.

Dated:      New York, New York
              May 16, 2016

**Christopher Day**
Plaintiff *pro se*
423 Guyon Avenue
Staten Island, NY 10306
917-685-3010

By: _____
        Christopher Day

**ZACHARY W. CARTER**
Corporation Counsel of the
City of New York
Attorney for Defendants
100 Church Street, Room 2-122
New York, New York 10007-2601
(212) 356-2471

By: _____
        Michael F. Fleming
        Assistant Corporation Counsel

15 CV 4399 (GBD)(H..

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER DAY,

Plaintiff,

-against-

THE CITY OF NEW YORK, THE NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE, GEORGE ARGYROS, in official capacity and individually, and NITIN SAVUR, in official capacity and individually,

Defendants.

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

ZACHARY W. CARTER
*Corporation Counsel of the City of New York*
Attorney for Defendants
100 Church Street, Room 2-122
New York, N.Y. 10007-2601

*Of Counsel:* Michael F. Fleming
*Tel:* (212) 356-2471

Law Manager No. 2015-029654

Due and timely service is hereby admitted.

New York, N.Y. ................................................, 2016

.................................................................

Attorney for.........................................................